**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JUAN RODRIGUEZ,

                                    Plaintiff

        v.

STATE OF NEVADA,

                                    Defendants.

Case No. 3:26-CV-00421-ART-CLB

**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On June 4, 2026, Plaintiff Juan Rodriguez ("Rodriguez") submitted motion for temporary restraining order and preliminary injunction, which the Court construes as a complaint asserting claims under 42 U.S.C. § 1983. (ECF No. 1-1). However, Rodriguez has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** that the Clerk of the Court shall **SEND** Rodriguez the approved form application to proceed *in forma pauperis* by an inmate.

**IT IS FURTHER ORDERED** that on or before **Monday, July 6, 2026**, Rodriguez will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Inmates on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the action.

The Court will retain Rodriguez's civil rights complaint, (ECF No. 1-1), but will not file it unless and until Rodriguez timely complies with this order.

**IT IS SO ORDERED**.

**DATED**:  June 5, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**